IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRANCE TURNER,<br>        Plaintiff,<br>    v.<br>RIMON LAW, et al.,<br>        Defendants. | Case No. 23-cv-04062-CRB<br><br>**ORDER TO SHOW CAUSE** |

The Court is aware of many, many cases filed in this District by Plaintiff Terrance Turner. The Court ORDERS Plaintiff to show cause by **April 4, 2024** why he should not be declared a vexatious litigant, subject to a pre-filing review order in the Northern District of California, as provided by 28 U.S.C. § 1651(a).

**IT IS SO ORDERED.**

Dated: March 21, 2024

CHARLES R. BREYER
United States District Judge